UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>RICHARD COTE, et al.,,<br><br>                 Defendants. | Case No.: 18CR1674-JLS<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING** |

      The parties have submitted a joint motion requesting the continuance of the Motion Hearing/Trial Setting set for September 7, 2017 (ECF No. 68). The motion indicates that the parties agree that the delay is excluded under the Speedy Trial Act, and the proposed order submitted with the motion indicates that the time should be excluded pursuant to 18 U.S.C. § 3161(h)(7). However, the motion sets forth no facts from which the Court could conclude that a continuance is appropriate under the "ends of justice" provision of the Speedy Trial Act. An "ends of justice" exclusion must be "justified on the record with reference to the facts as of the time the delay is ordered." *United States v. Lloyd*, 125 F.3d 1263, 1268 (9th Cir. 1997). The agreement of the parties is not sufficient. *See United States v. Berberian,* 851 F.3d 236, 239 (9th Cir. 1988) ("The parties cannot stipulate to a waiver of the protections of the Speedy Trial Act."). Accordingly, the joint motion to continue the Motion Hearing/Trial Setting is **Denied without Prejudice**.

      IT IS SO ORDERED.

Dated: August 27, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

18CR1674-JLS